IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARYIE EARL JONES, #156610, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:08-CV-304-MHT |
| ) | [WO] |
| ) | |
| LOUIS BOYD, et al., ) | |
| ) | |
| Respondents. ) | |

## **OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on April 2, 2010, that the petitioner's motion for habeas-corpus relief pursuant to 28 U.S.C. § 2254 be denied.

After a review of the recommendation, to which the petitioner did not object, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of May, 2010.

　　　　　　　　　　　　　　　　　　/s/   Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE