IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARYIE EARL JONES, #156610, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>)<br>LOUIS BOYD, et al., )<br>)<br>    Respondents. ) | CASE NO. 2:08-CV-304-MHT<br>[WO] |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is ORDERED and ADJUDGED that the recommendation of the United States Magistrate Judge (Doc. 32) is adopted and the petition for writ of habeas corpus (Doc. 1) is denied with prejudice.

It is further ORDERED that costs are taxed against the petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 6th day of May, 2010.

                                      /s/   Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE